UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JEREMY LEE BROWN** | * | **CIVIL ACTION NO. 2:16-CV-00788** |
| D.O.C. # 324084 | * | |
| | * | |
| v. | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| **STATE OF LOUISIANA, ET AL.** | * | **MAGISTRATE JUDGE KAY** |

**************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc.8) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 9) and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's civil rights complaint is **DENIED AND DISMISSED WITH PREJUDICE** until the petitioner can show that his conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by an authorized state tribunal, or called into question by a federal court's issuance of a writ of habeas corpus..

**IT IS FURTHER ORDERED** that the petitioner's *habeas* petition is **DISMISSED WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 2 day of Sept, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE